FANNIE BEAN CARRERRE, Appellant, *v.* ROBERT G. DUN et al., Respondents.

Reported below, 22 App. Div. 622.
(Argued June 19, 1899; decided June 23, 1899.)

MOTION for leave to file undertaking *nunc pro tunc* on appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1897, affirming a judgment in favor of defendants entered upon a dismissal of the complaint at a Trial Term.

*Wilson Lee Cannon, Jr.,* for motion.

*Douglass & Minton* opposed.

Motion denied, without costs.

---

MARY J. LEWIS, Appellant and Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Respondents and Appellants.

Reported below, 40 App. Div. 343.
(Submitted June 19, 1899; decided June 23, 1899.)

MOTION to prefer cross-appeals from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the early determination of the case will prevent numerous litigations.

*S. S. Gowdey* for motion.

No one opposed.

Motion granted.